# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. SA CV 18-1310-DOC (ADSx)          Date: August 20, 2018

Title: LEEANN A. ATKINS V JPMORGAN CHASE AND CO., ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
Leeann A. Atkins, Pro Se                          None Present

**PROCEEDINGS:**    **EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND TEMPORARY PERMANENT INJUNCTIVE RELIEF [13]**

     Hearing held. The Court GRANTS Plaintiff's Ex Parte Application for a Temporary Restraining Order and Temporary Permanent Injunctive Relief [13].

                                                                                       :    09
                                                     Initials of Clerk    djl